**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Leroy Walton,

    Plaintiff,

                          Case No. 1:17cv129

    v.                           Judge Michael R. Barrett

Georgia Department of
Driver Services, *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[   ] **JURY VERDICT**: This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ X] **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:  The Report and Recommendation (Doc. 4) is adopted; the Complaint (Doc. 3) is dismissed with prejudice.

Date: May 3, 2017                    Richard W. Nagel, Clerk
                                            Clerk

                                       By:      *S/Barbara A. Crum*
                                                   Deputy Clerk